IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NUMBER: 5:18-CR-00025-1

TIMOTHY SCOTT HARDIN

THIS MATTER is before the Court sua sponte:

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshal Service is hereby ORDERED to transport and produce the body of Defendant, Timothy Scott Hardin (USM# 34249-058), for resentencing before the Honorable Kenneth D. Bell, in the Western District of North Carolina, Charlotte on or before August 10, 2022 for a hearing on August 11, 2022 at 2:00PM, and upon completion of the hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service and the United States Probation Office.

IT IS SO ORDERED.

Signed: July 11, 2022

Kenneth D. Bell
United States District Judge