# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:18-CR-00025-KDB-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **TIMOTHY SCOTT HARDIN,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's joint Motion to Amend the Judgment (Doc. No. 45) ("Motion"). For the reasons stated in the Motion, the Court will **GRANT** the Motion and amend the judgment to modify the conditions of supervision in conformity with this Court's standing orders in 3:21-MC-3.

**SO ORDERED.**

Signed: July 18, 2022

Kenneth D. Bell
United States District Judge